IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

Vs.                              CASE NO.  4:11cr00209-35 JM

CHESTER THORTON a/k/a Nut

    Due to a clerical error, the Judgment entered June 20, 2014 (DE #950) is amended to include the special conditions of Probation announced in the sentencing hearing.

    1) The defendant shall participate under the guidance and supervision of the probation officer in a substance abuse treatment program which may include testing, outpatient counseling and residential treatment.  Further the defendant shall abstain from the use of alcohol throughout the course of treatment.

    2) The defendant shall complete 100 hours of community service at the rate of at least 8 hours per month, to begin immediately.

    The judgment remains the same except for this correction.

    The Clerk is directed to provide a copy of this Order to the United States Probation Office and the United States Marshal Service.

    IT IS SO ORDERED THIS 20th day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE