IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                             NO. 4:11CR00209-35 JM

CHESTER THORTON                                                                              DEFENDANT

## ORDER

Court convened on Thursday, July 9, 2015, for a hearing on the government's motion to revoke the supervised release of defendant Chester Thornton. Document #1023. Assistant United States Attorney Julie Peters was present for the government. The defendant appeared in person and with his attorney, Assistant Federal Public Defender Lisa Peters.

Following witness testimony, and statements from counsel and the defendant, the Court determined the motion to revoke should be held in abeyance for a period of ninety (90) days to allow defendant the opportunity to demonstrate that he could comply with the conditions of supervision previously imposed by the Court.

IT IS THEREFORE ORDERED that defendant Chester Thorton's current conditions of supervised release remain in full force and effect as previously imposed.

IT IS FURTHER ORDERED that the United States Probation Office is directed to provide the Court with a written report reflecting whether or not defendant has been in compliance with the conditions of supervised release previously imposed by Tuesday, October 13, 2015.

IT IS SO ORDERED this 10th day of July, 2015.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE